

# United States District Court
# Eastern District of California

| STEPHEN JONES, et al. | |
|---|---|
| Plaintiff(s) | Case Number: 2:23-cv-02202-DJC-JDP |

V.

| ORIGIN MATERIALS, INC., et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, J. Alexander Hood II hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Stephen Jones

On 03/29/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court, State of New York, Third Department (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/06/2023        Signature of Applicant: /s/ J. Alexander Hood II

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | J. Alexander Hood II |
| Law Firm Name: | Pomerantz LLP |
| Address: | 600 Third Avenue, 20th Floor |
| City: | New York   State: NY   Zip: 10016 |
| Phone Number w/Area Code: | (212) 661-1100 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | ahood@pomlaw.com |
| Secondary E-mail Address: | ahood@pomlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ari Y. Basser |
| Law Firm Name: | Pomerantz LLP |
| Address: | 1100 Glendon Avenue, 15th Floor |
| City: | Los Angeles   State: CA   Zip: 90024 |
| Phone Number w/Area Code: | (310) 405-7190   Bar # SBN 272618 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  October 10, 2023             /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE